**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 19-9324

| | | |
|---|---|---|
| | ] | **Magistrate Case No. NJ10 9374556 (Class A)** |
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| **v.** | ] | |
| | ] | **COMPLAINT** |
| **DEBRA KIDD** | ] | **Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Matthew D. Nafus,** Special Assistant U.S. Attorney, who, under oath charges that:

On or about the **9th day of October 2019,** at Picatinny Arsenal, New Jersey, in the Judicial District of New Jersey,

**DEBRA KIDD** did commit:

Possession of a dangerous weapon in a Federal facility in violation of 18 USC 930.

The name of the Complainant is **Matthew D. Nafus.**

**MATTHEW D. NAFUS**
**SPECIAL ASSISTANT U.S. ATTORNEY**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, ON THIS** 19 **DAY OF** DEC, **, 2019.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. NJ10 9374557 (Class A)** |
| v. | ] | |
| **DEBRA KIDD** | ] | **COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Matthew D. Nafus,** Special Assistant U.S. Attorney, who, under oath charges that:

On or about the **9th day of October 2019,** at Picatinny Arsenal, New Jersey, in the Judicial District of New Jersey,

**DEBRA KIDD** did commit:

Simple possession of marijuana in violation of 21 USC 844.

The name of the Complainant is **Matthew D. Nafus.**

**MATTHEW D. NAFUS**
**SPECIAL ASSISTANT U.S. ATTORNEY**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, ON THIS** 19 **DAY OF** DEC **, 2019.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**